# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | |  |
|---|---|---|
| **CLYDE RAY HALE,** | ) | |
| Plaintiff, | ) ) ) | Case No. 1:22CV00038 |
| v. | ) ) | **JUDGMENT** |
| **MARTIN J. O'MALLEY, COMMISSIONER OF SOCIAL SECURITY,** | ) ) ) ) ) | JUDGE JAMES P. JONES |
| Defendant. | ) | |

Summary judgment having been granted, it is **ORDERED AND ADJUDGED** that the final decision of the Commissioner of Social Security denying benefits is AFFIRMED.

The Clerk shall close the case.

ENTER: March 28, 2024

/s/ JAMES P. JONES
Senior United States District Judge